```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
           - v. -                  :   ORDER
                                   :
PATRICK AVILA, et al.              :   19 Cr. 166
                                   :
              Defendants.          :
                                   :
- - - - - - - - - - - - - - - - - -:
                                   X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 13 2019

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Michael D. Longyear and Karın Portlock;

It is found that the Indictment in the above-captioned action, 19 Cr. 166, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 19 Cr. 166, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        March 13, 2019

_____
THE HONORABLE GABRIEL W. GORENSTEIN
CHIEF UNITED STATES MAGISTRATE JUDGE