

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

Re: **United States v. Patrick Avila et al.**, 19 Cr. 166 (VEC)

Dear Judge Caproni:

    The Government, jointly with the defendants, respectfully requests that the deadline to file motions *in limine* be extended one week from November 15, 2019 to November 22, 2019. The Government has reached pretrial dispositions with each of the defendants in the above-reference matter, and expects to have all the pleas scheduled with the Court by November 22, 2019. This is the second request for an extension of the deadline to file motions *in limine*. The first request was granted by the Court on October 14, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Jamie Bagliebter
Assistant United States Attorneys
Tel: (212) 637-2236

Application GRANTED.

SO ORDERED.

*[signature]*
11/14/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE