USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
    UNITED STATES OF AMERICA,                   :
                                                :
            -against-                           :        19-CR-166 (VEC)
                                                :
    PATRICK AVILA,                              :        ORDER
                                                :
                        Defendant.              :
------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 20, 2019, the parties appeared for a change of plea hearing

with this Court; and

WHEREAS at the November 20, 2019 conference, Defendant entered a plea of guilty to

the Count 2 of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED THAT sentencing is scheduled for **February 27, 2020 at**

**11:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Sentencing

submissions from both sides are due not later than **February 13, 2020**.

**SO ORDERED.**

**Date: November 20, 2019**
     **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**