

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2019

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/21/2019

Re:   **United States v. Patrick Avila et al., 19 Cr. 166 (VEC)**

Dear Judge Caproni:

    The Government respectfully requests that change of plea conferences be scheduled for Nazae Blanche and Jalen Colds in the above-captioned case. After conferring with Your Honor's chambers and defense counsel, the Government requests that a change of plea conference for Nazae Blanche be scheduled for Friday, December 6, 2019 at 2:00 p.m. The Government further requests that a change of plea conference for Jalen Colds be scheduled for Friday, December 6, 2019 at 3:00 p.m.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____*s/*_____
Jamie Bagliebter
Assistant United States Attorney
Tel: (212) 637-2236

Application GRANTED.

SO ORDERED.

*[signature]*
11/21/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE