**MEMO ENDORSED**

# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/27/2020
```

May 26, 2020

By ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: United States v. Patrick Avila
      19 Cr. 166 (VEC)

Dear Judge Caproni:

  I write to respectfully request an adjournment of Mr. Avila's sentence hearing and briefing schedule, now scheduled for June 19, 2020, until a date and time in September convenient to the Court.

  Due to COVID-19 pandemic and quarantine, I have had little access to Mr. Avila. Additionally, Mr. Avila has expressed to me his desire to be physically present at his sentence hearing.

  AUSA Jamie Bagliebter consents to this request.

Very truly yours,

James Roth, Esq.

cc: AUSA Jamie Bagliebter

Application GRANTED in part.  Sentencing for Mr. Avila is adjourned to **July 30, 2020, at 11:00 a.m.**  The parties' submissions are due no later than **July 16, 2020**.  If attorney visits have not resumed before July 1, 2020, Defendant may renew his application for an adjournment.

SO ORDERED.

5/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE